FORM 8.   Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se          _____As counsel for:    _____
                                               Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

_____Appellant    _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name:                _____
Law firm:            _____
Address:             _____
City, State and ZIP: _____
Telephone:           _____
Fax #:               _____
E-mail address:      _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/17/2015                    /s/Robert Hahl
Date                    Signature of pro se or counsel

cc: _____

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 18th day of February 2015, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the CM/ECF system, and served a copy via electronic mail to counsel of record for Appellant as follows:

Todd R. Walters, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
Telephone (703) 836-6620
Facsimile (703) 836-2021
todd.walters@bipc.com

/s/Robert Hahl

_____
Robert W. Hahl, attorney for Edward Tobinick

Neifeld IP Law, PC
4813-B Eisenhower Avenue
Alexandria, VA 22304, USA
Telephone: (703) 415-0012 ext. 100
Facsimile: (703) 415-0013
Email: general@neifeld.com